1  **LAW OFFICES OF MATT H. MORRIS**
   MATT H. MORRIS, ESQ. - STATE BAR NO. 132056
2  RICHARD D. BREMER, ESQ. - STATE BAR 199019
   47-040 WASHINGTON STREET, SUITE 3201
3  LA QUINTA, CALIFORNIA 92253
   TELEPHONE (760) 777-7941/ FACSIMILE (760) 777-8533
4
   Attorneys for Defendants Ruth Sixstone-Wells, Thomas Edward Wells and Ruth Alice Wells Family
5  Trusts, Yarn Co. of Palm Desert, LLC, The J. Wells & Wells Collection, Law Offices of Matt H.
   Morris A Professional Corporation, Matt H. Morris, Esq., and Richard D. Bremer, Esq.
6

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT BARTLETT, | CASE NO. EDCV 07-546-SGL-JCR(x) |
|---|---|
| Plaintiffs, | [Assigned to the Honorable Stephen G. Larson] |
| v. | [PROPOSED] JUDGMENT |
| THOMAS EDWARD WELLS AND RUTH ALICE WELLS FAMILY TRUSTS & RUTH SIXSTONE-WELLS JOINT AND SEVERAL, ROKNEBO, INC., RUTH SIXSTONE-WELLS, YARN COMPANY OF PALM DESERT, THE J. WELLS & WELLS COLLECTION, LAW OFFICES OF MATHEW H. MORRIS, RICHARD D. BREMER, MAHLER CORPORATION, MATHEW H. MORRIS, AND DOES 1 THROUGH 10, | Complaint filed: May 8, 2007 |
| Defendants. | |

This Court, having on August 29, 2008, granted the Motion to Dismiss filed by defendants, and having ordered entry of judgment as requested in said motion for the reasons set forth in this court's order, the Court rules as follows:

///

Case 5:07-cv-00546-SGL-JCR   Document 70   Filed 09/18/08   Page 2 of 2   Page ID #:512

1. **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint, and all causes of action contained therein, are **DISMISSED WITH PREJUDICE** without leave to amend as to all Defendants.

Dated: 9-18-08     _/s/ S.G. Larson_

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE